IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY DONNY BATES                                                                                    PETITIONER
ADC #105170

V.                                            NO. 5:06CV00239 WRW

LARRY NORRIS, Director,                                                                         RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly,  Respondent's motion to dismiss (docket entry #9) is denied, and this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is hereby transferred to the United States Court of Appeals for the Eighth Circuit for consideration as a request for authorization to proceed with a second or successive habeas petition pursuant to 28 U.S.C. § 2244(b)(3).  The Clerk is directed to take the necessary steps to effect this transfer.

IT IS SO ORDERED this 18th day of December, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE